| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Javier H. Castillo<br>Law Office of Javier H. Castillo SBN 219587<br>3638 University Avenue, Suite 208<br>Riverside, CA 92501<br>(888) 229-0089 Fax: (888) 229-0087<br>California State Bar Number:<br><br>*Attorney for Debtor* | FILED<br>NOV 1 2 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Dennis Ghibaudo**

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER __13__

CASE NUMBER  09-35496 SB

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*: Dennis Ghibaudo

2. The name, address and telephone number of the New Attorney are *(specify)*: 3638 University Avenue, Suite 208, Riverside, CA 92501

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*:

Dated: **November 11, 2009**

_____        _____
*Dennis Ghibaudo*                                                      *Signature of Party*

I consent to the above substitution.

Dated: **November 11, 2009**

_____        _____
*Dennis Ghibaudo, in pro per*                                   *Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: **November 11, 2009**

_____        _____
*Javier H. Castillo Esq.*                                            *Signature of New Attorney*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/98                                                                                                                                      F 2090-1.4

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Substitution of Attorney - *Page 2*                                           F 2090-1.4

| In re | | |
|---|---|---|
| **Dennis Ghibaudo** | CHAPTER __13__ | |
| | CASE NUMBER O9 35496 | |
| Debtor. | | |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF __Riverside__

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

On __11/11/09__, I served the foregoing document described as: SUBSTITUTION OF ATTORNEY on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at __Riverside__, California, addressed as follows:

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **November 11, 2009**

Laura Lopez                                                *Signature*

*Rev. 5/98*                                                                                  F 2090-1.4

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

| In re: Dennis Ghibaudo | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER  09-35496 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Debtor
Dennis Ghibaudo
1880 Delilah St
Corona, CA 92879

Trustee
Rod Danielson
4361 Latham Street,
Suite 270
Riverside, CA 92501

See Attached Service list

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**